UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-61064-BLOOM/Valle

RICHEMONT INTERNATIONAL SA,
*et al.*,

      Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Application for Temporary Restraining Order"), ECF No. [8]. The Court has carefully considered the Application for Temporary Restraining Order, the record in this case, and the applicable law, and is otherwise fully advised.

By the Application, Plaintiffs, Richemont International SA, Cartier International A.G., Chloe S.A.S., Lange Uhren GMBH, Montblanc-Simplo GMBH, Officine Panerai A.G., and Van Cleef & Arpels SA (collectively "Plaintiffs"), move, *ex parte*, pursuant to 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a), for entry of a temporary restraining order and an order restraining the financial accounts used by Defendants,[1]

---

[1] Defendants are the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants").

Case No. 22-cv-61064-BLOOM/Valle

and upon expiration of the temporary restraining order, a preliminary injunction against Defendants, for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). Because Plaintiffs have satisfied the requirements for the issuance of a temporary restraining order, the Court grants Plaintiffs' Application for Temporary Restraining Order.

## I.    FACTUAL BACKGROUND[2]

Plaintiff, Richemont International SA, is the owner of the entire right, title and interest in and to the IWC trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "IWC Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| IWC | 1,205,403 | August 17, 1982 | IC 014 - Watches |
|  | 2,479,518 | August 21, 2001 | IC 014 – Watches |
|  | 4,270,382 | January 8, 2013 | IC 014 - Watches, chronometers, clocks; straps for wristwatches, boxes of precious metal for watches and all the aforementioned goods from Switzerland |
| IWC | 4,322,600 | April 23, 2013 | IC 014 - Watches, chronometers, clocks, watch bands, boxes of precious metal for watches |

*See* ECF Nos. [8-1] at 7; [1-2] (containing Certificates of Registrations for the IWC Marks at issue). The IWC Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 7.

---

[2] The factual background is taken from Plaintiffs' Complaint, ECF No. [1], Plaintiffs' Application for Temporary Restraining Order, ECF No. [8], and supporting evidentiary submissions. Plaintiffs filed declarations and exhibits annexed thereto in support of their Application for Temporary Restraining Order. The declarations are available in the docket at the following entries: ECF Nos. [8-1], [8-2], [8-3].

Plaintiff, Richemont International SA, is the owner of the entire right, title and interest in and to the Jaeger-LeCoultre trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "JAEGER-LECOULTRE Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| JAEGER-LECOULTRE | 1,339,139 | June 4, 1985 | IC 014 - Watches and Clocks Except Dashboard Clocks for Land Vehicles, Boats and Planes |
| JAEGER-LECOULTRE | 1,402,084 | July 22, 1986 | IC 014 - Watches and Clocks Except Dashboard Clocks for Land Vehicles, Boats And Planes |
| JL | 2,528,168 | January 8, 2002 | IC 014 - Horological Products and Chronometric Instruments, Namely, Clocks, Watches, Table Clocks and Chronometers |

*See* ECF Nos. [8-1] at 13; [1-3] (containing Certificates of Registrations for the JAEGER-LECOULTRE Marks at issue). The JAEGER-LECOULTRE Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 13.

Plaintiff, Richemont International SA, is the owner of the entire right, title and interest in and to the Roger Dubuis trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "ROGER DUBUIS Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| ROGER DUBUIS | 2,345,742 | April 25, 2000 | IC 014 - Watches, watch bands |
| RU | 4,204,082 | September 11, 2012 | IC 014 - Watches, chronometers, watch bands, boxes of precious metal for watches |

| EXCALIBUR | 5,201,114 | May 09, 2017 | IC 014 - Watches; timepieces; horological instruments; movements for timepieces, namely, watches; watch straps; watch cases |
|---|---|---|---|

*See* ECF Nos. [8-1] at 19; [1-4] (containing Certificates of Registrations for the ROGER DUBUIS

Marks at issue). The ROGER DUBUIS Marks are used in connection with the manufacture and

distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 19.

Plaintiff, Richemont International SA, is the owner of the entire right, title and interest in

and to the Vacheron Constantin trademarks, which are valid and registered on the Principal

Register of the United States Patent and Trademark Office (the "VACHERON CONSTANTIN

Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| �distinct VACHERON CONSTANTIN | 3,114,414 | July 11, 2006 | IC 014 - Cuff links; watches, chronometers, clocks, watchstraps, cases of precious metal for watches and jewellery |
| ✤ | 4,564,316 | July 8, 2014 | IC 014 - Watches and chronometers |
| VACHERON CONSTANTIN | 5,630,166 | December 18, 2018 | IC 014 - Jewelry; Cuff links; Tie clips; Jewelry in the nature of rings, bracelets, earrings, necklaces and brooches; Timepieces in the nature of clocks; Dials for clock and watch making; Key rings of precious metal; Timepieces and chronometric instruments; Watches; Chronometers; Cases adapted for holding watches; Movements for |

| | | | timepieces in the nature of clocks and watches; Alarm clocks; Watch bands; Boxes of precious metal |
|---|---|---|---|

*See* ECF Nos. [8-1] at 25; [1-5] (containing Certificates of Registrations for the VACHERON CONSTANTIN Marks at issue). The VACHERON CONSTANTIN Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 25.

Plaintiff Cartier International A.G. is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "CARTIER Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| CARTIER | 0,411,239 | January 9, 1945 | IC 014 - Precious-Metal Ware-namely, the following articles made, in whole or in part, of Precious Metals or Plated With the Same; Jewel Boxes, Fobs, Bracelets, Watch Bracelets And Buckles Therefore, not including Watches, Cuff Links, Brooches, Earrings, Eyeglass Cases, Cigarette Lighters, Ash Trays, Envelope Openers, Wallets, Money Clips, Perfume Bottles, Desk Sets, Handbags, Key Chains, Finger Rings. |

| | | | |
|---|---|---|---|
| *Cartier* | 0,411,240 | January 9, 1945 | IC 014 - Articles of Jewelry for Personal Wear and for Precious-Metal Ware-Namely, the Following Articles Made, in Whole or in Part, of Precious Metals or Plated with the Same-- viz, Jewel Boxes, Fobs, Bracelets, Watch Bracelets and Buckles Therefor, Not Including Watches, Cuff Links, Brooches, Earrings, Eyeglass Cases, Cigarette Lighters, Ash Trays, Envelope Openers, Wallets, Money Clips, Perfume Bottles, Desk Sets, Handbags, Key Chains, Finger Rings |
| *Cartier* | 0,411,975 | February 13, 1945 | IC 014 - Watches and Clocks and Wrist Watches with Wrist Straps and Bracelets Attached for Securing the Same on the Wrist of the Wearer, and Traveling Clocks and Watches with Covers of Leather, Fabric and the Like for Protecting Them While Traveling |
| CARTIER | 0,759,201 | October 29, 1963 | IC 014 - Watches and Clocks |
| LOVE BRACELET | 1,005,286 | February 25, 1975 | IC 014 - Jewelry-Namely, Bracelets |
|  | 1,114,482 | March 6, 1979 | IC 014 - Articles of jewelry, watches |
|  | 1,372,423 | November 26, 1985 | IC 014 – Bracelets |
|  | 2,322,769 | February 29, 2000 | IC 014 – Watches |

6

| | | | |
|---|---|---|---|
|  | 3,162,410 | October 24, 2006 | IC 014 - Jewelry, Namely, Bracelets, Watches, Rings, Charms, Earrings |
| BALLON BLEU | 3,476,888 | July 29, 2008 | IC 014 - Watches, Chronometers, Clocks |
| LOVE | 3,637,776 | June 16, 2009 | IC 014 - Goods Of Precious Metals And Coated Therewith, Namely, Cuff-Links, Rings, Bracelets, Earrings, Necklaces |
|  | 3,776,794 | April 20, 2010 | IC 014 - Jewelry, Namely, Rings, Bracelets, Charms, Earrings, Made Of Precious Metals |
| Cartier | 4,178,047 | July 24, 2012 | IC 014 - Jewelry and watches |
|  | 4,197,020 | August 28, 2012 | IC 014 - Jewelry and watches |
|  | 4,483,522 | February 18, 2014 | IC 014 – Watches |
|  | 4,487,142 | November 27, 2012 | IC 014 – Watches |

| | 4,608,158 | September 23, 2014 | IC 014 – Watches |
| | 5,583,979 | October 16, 2018 | IC 014 – Jewelry |

*See* ECF Nos. [8-1] at 31; [1-6] (containing Certificates of Registrations for the CARTIER Marks at issue). The CARTIER Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 31.

Plaintiff Chloe S.A.S. is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "CHLOE Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| Chloé | 0,950,843 | January 16, 1973 | IC 010, 025, 026 - Ladies' articles of clothing for outerwear-namely, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pant-suits; vests, and ladies' shoes |
| CHLOE | 1,491,810 | June 14, 1988 | IC 018 - Handbags, Purses |

*See* ECF Nos. *id.* at 37; [1-7] (containing Certificates of Registrations for the CHLOE Marks at issue). The CHLOE Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 37.

Plaintiff Lange Uhren GMBH is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "A. LANGE & SÖHNE Marks"):

Case No. 22-cv-61064-BLOOM/Valle

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| A. LANGE & SOHNE | 2,430,848 | February 27, 2001 | IC 014 - Watches, watch movements, watch cases, and watch bracelets |
| A. LANGE & SÖHNE | 3,071,207 | March 21, 2006 | IC 014 - watches, watch straps, watch bracelets |

*See* ECF Nos. *id.* at 43; [1-8] (containing Certificates of Registrations for the A. LANGE & SÖHNE Marks at issue). The A. LANGE & SÖHNE Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 43.

Plaintiff Montblanc-Simplo GMBH is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "MONTBLANC Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| MONTBLANC | 0,776,208 | September 1, 1964 | IC 016 - Fountain Pens, Cases for Fountain Pens, Ball Point Pens, Ball Point Cartridges, Ball Point Paste, Mechanical Pencils, Lead for Mechanical Pencils |
| | 0,839,016 | November 21, 1967 | IC 002 - Fountain pen ink<br><br>IC 016 - Fountain pens, cases for fountain pens, ball point pens, ball point cartridges, mechanical pencils, lead for mechanical pencils, desk stands for pens |

| | | | |
|---|---|---|---|
| MEISTERSTUCK | 1,324,392 | March 12, 1985 | IC 016 - Fountain Pens, Ballpoint Pens and Mechanical Pencils Including Sets Thereof, All Made Partially with Precious Metals and Sold in Specialty Stores. |
|  | 1,878,584 | February 14, 1995 | IC 014 - Jewelry, watches and timepieces<br><br>IC 018 - Purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
| MONTBLANC | 1,884,842 | March 21, 1995 | IC 014 - Jewelry, watches and timepieces<br><br>IC 018 - Purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
| STARWALKER | 2,759,073 | September 2, 2003 | IC 016 - Fountain pens, ball-point pens, pencils, felt-tip pens, rollerballs |
|  | 2,975,592 | July 26, 2005 | IC 016 - Writing instruments |
|  | 4,669,133 | January 13, 2015 | IC 014 - Jewelry; precious stones; precious metals and their alloys; cufflinks; tie clips; rings; bracelets; earrings; necklaces; brooches; key rings of precious metal; jewelry cases; boxes of precious metals; horological and chronometric instruments; watches; chronometers; clocks; small clocks; watch cases; watch bands; watch bracelets; key rings, trinkets, or fobs of precious metal<br><br>IC 016 - Stationery; articles of |

| | | | |
|---|---|---|---|
| | | | paper or cardboard, namely, boxes, bags, envelopes and pouches for packaging; wrapping paper; writing instruments; pouches for writing instruments; cases for writing instruments; inks and ink refills for writing instruments; desk sets; writing books; calendars, note books, card and document files, announcement cards; writing paper, envelopes, index cards; business cards; writing pads; writing instrument holders; paperweights; diaries, cover for diaries, replacement papers for diaries; inkwells; check book holders, passport holders; document holders and cases; photo albums; bookends; money clips; writing cases for writing instruments<br><br>IC 018 - Handbags, travelling bags, rucksacks, garment bags for travel, traveling sets comprised of luggage, suitcases, bags for sports, wheeled bags, wallets, purses, name cards cases, briefcases, attaché cases, key cases of leather or imitation leather; travelling trunks; unfitted vanity cases; evening purses; leather straps; boxes of leather or leather board, trunks and suitcases; credit card holder |

*See* ECF No. [8-1] at 49; [1-9] (containing Certificates of Registrations for the MONTBLANC

Marks at issue). The MONTBLANC Marks are used in connection with the manufacture and

distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 49.

Case No. 22-cv-61064-BLOOM/Valle

Plaintiff Officine Panerai A.G. is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "PANERAI Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| PANERAI | 2,340,290 | April 11, 2000 | IC 014 - Chronometers, watches |
| RADIOMIR | 2,418,830 | January 9, 2001 | IC 014 - Chronometers; watches and clocks. |
| LUMINOR | 2,516,018 | December 11, 2001 | IC 014 - Chronometers, watches and clocks |
| (logo) | 3,004,529 | October 4, 2005 | IC 014 - Boxes and cases for watches; chronometers, watches |
| MARINA MILITARE | 3,174,281 | November 21, 2006 | IC 014 – Watches |
| (watch design) | 3,178,943 | December 05, 2006 | IC 014 – Watches |
| (watch design) | 3,942,579 | April 12, 2011 | IC 014 – Watches |

| OFFICINE PANERAI | 4,009,035 | August 9, 2011 | IC 014 - Watches and clocks; watch accessories, namely, watch straps, and buckles for watch bands and watch straps. |
|---|---|---|---|
|  | 4,971,867 | June 7, 2016 | IC 014 - Watches |
| LUMINOR MARINA | 5,763,549 | May 28, 2019 | IC 014 - Chronometers; watches |
| PANERAI SUBMERSIBLE | 5,848,650 | September 3, 2019 | IC 014 - Chronometers; watches and clocks; watch movements; watch straps; watch bracelets; presentation boxes for watches; cases adapted for holding watches |

*See* ECF Nos. *id.* at 55; [1-10] (containing Certificates of Registrations for the PANERAI Marks at issue). The PANERAI Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 55.

Plaintiff Van Cleef & Arpels SA is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "VAN CLEEF Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| VCA | 1,584,572 | February 27, 1990 | IC 014 – Jewelry |

| | | | |
|---|---|---|---|
|  | 2,692,672 | March 4, 2003 | IC 014 – Jewelry; Watches |
|  | 4,326,883 | April 30, 2013 | IC 014 – Jewelry |
|  | 4,653,258 | December 9, 2014 | IC 014 - Jewelry |
|  | 4,763,030 | June 30, 2015 | IC 014 - Jewelry; Rings; Pendants; Earrings; Necklaces; Bracelets |

*See* ECF Nos. [8-1] at 61; [1-11] (containing Certificates of Registrations for the VAN CLEEF Marks at issue). The VAN CLEEF Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. *See* ECF No. [8-1] at 61.

Defendants, by operating Internet based e-commerce stores under Defendants' respective seller identification names identified on Schedule "A" hereto (the "Seller IDs"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiffs have determined to be counterfeits, infringements, reproductions or colorable imitations of the IWC Marks, JAEGER-LECOULTRE Marks, ROGER DUBUIS Marks, VACHERON CONSTANTIN Marks, CARTIER Marks, CHLOE Marks, A. LANGE & SÖHNE Marks, MONTBLANC Marks, PANERAI Marks, and/or VAN CLEEF Marks (collectively "Plaintiffs' Marks"). *See* ECF Nos. *id.* at 66-70; [8-2] at 2; [8-3] at 4.

Although each Defendant may not copy and infringe each of Plaintiffs' Marks for each category of goods protected, Plaintiffs have submitted sufficient evidence showing each Defendant has infringed, at least, one or more of Plaintiffs' Marks. *See* ECF No. [8-1] at 66-70. Defendants

are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of Plaintiffs' Marks. *See id.* at 66, 69.

Counsel for Plaintiffs retained Invisible, Inc. ("Invisible"), a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing versions of Plaintiffs' branded products by Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit versions of Plaintiffs' branded products. *See* ECF No. *id.* at 67; ECF No. [8-2] at 2; ECF No. [8-3] at 3. Invisible accessed the Internet based e-commerce stores operating under the Seller IDs[3] and placed orders from each Defendant[4] for the purchase of various products, all bearing[5] and/or using counterfeits of, at least, one of Plaintiffs' trademarks at issue in this action, and requested each product to be shipped the Southern District of Florida. *See* ECF Nos. [8-3] at 4, [8-4]-[8-7]. Each order was processed entirely online, and following the submission of the orders, Invisible received information for finalizing payment[6] for the various products ordered from Defendants to their respective financial accounts via their payee[7]

---

[3] Defendants operate their respective e-commerce stores through non-party e-commerce marketplace platform Amazon.com, DHgate.com, eBay.com, and Wish.com. *See* ECF No. [8-3] at 4 n.1.

[4] Invisible placed orders from each Defendant as identified on Schedule "A" hereto.  However, Defendant Numbers 9 and 15 changed their seller identification names during the preparation and filing of the Application for Temporary Restraining Order in this case. *See* ECF No. [8-3] at 4, n.2. Defendant Numbers 9 and 15, together with their new seller identification names, are identified as such on Schedule "A" hereto. (*See id.*) Additionally, Defendant Numbers 7, 8, and 14 are also identified by the Business Name provided in their Amazon seller store, as the store names for Defendant Numbers 7 and 8 are in Chinese Characters and the store name for Defendant Number 14 has a special character. *See id.*

[5] Certain Defendants blurred-out and/or physically altered the images of Plaintiffs' Marks on the products being offered for sale via their respective e-commerce store. The product Invisible received from these Defendants and/or the customer review photos for the item at issue reveal that the items bear Plaintiffs' Marks in their entirety. *See* ECF Nos. [8-3] at 4 n.3, No. [8-4]-[8-7].

[6] Invisible was instructed not to transmit the funds to finalize the sale for the orders from the majority of the Defendants so as to avoid adding additional funds to Defendants' coffers. *See* ECF No. [8-3] at 4 n.4.

[7] Defendant Numbers 1-15 operate via the non-party e-commerce marketplace platform, Amazon.com. Amazon.com is an e-commerce marketplace that allows Defendants to conduct their commercial

as identified on Schedule "A" hereto. (*See id.*)  At the conclusion of the process, the detailed web

page captures and images of the various branded products offered for sale and ordered via

Defendants' Seller IDs, together with photographs of certain received products, were sent to

Plaintiffs' representative for inspection.  *See* ECF Nos. [8-1] at 4, 67-70; [8-2] at 2.

Under the direct supervision of Plaintiffs' representative, Emma-Jane Tritton, Incopro

Limited's reviewing representatives reviewed and visually inspected the branded goods offered

for sale by Defendants and ordered by Invisible via the Seller IDs by reviewing the e-commerce

stores operating under the Seller IDs and/or the detailed web page captures of the products bearing

and/or using the Plaintiffs' Marks, together with photographs of certain received goods, and

determined the products were unauthorized versions of Plaintiffs' goods.  *See* ECF No. [8-1] at 4,

67-70.

## II.   LEGAL STANDARD

To obtain a temporary restraining order, a party must demonstrate "(1) a substantial

likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not

---

transactions privately via Amazon's payment processing and retention service, Amazon Payments, Inc. As
such, Defendants' payment information is not publicly disclosed. *See* ECF No. [8-3] at 4 n.5.

Defendants Numbers 16-86 use the non-party e-commerce marketplace platform, DHgate.com. Invisible
placed orders via DHpay.com which is a third-party payment service provided to customers using
DHgate.com. Kathleen Burns, president of Invisible has personal knowledge from past investigations that
"DHGATE" appears as the payee on credit card statements for individual transactions conducted with
Defendants operating via DHgate.com. *See id.*

Defendant Number 87 operates via the non-party e-commerce marketplace platform, eBay.com, and has its
payments processed on its behalf using eBay Commerce, Inc. ("eBay"). As such, Defendant Number 87's
payment information is not publicly disclosed and instead lists "eBay" as the named PayPal recipient for
the transaction conducted with this seller. *See id.*

Defendant Numbers 88-326 operate via the non-party e-commerce marketplace platform, Wish.com
("Wish"), which is operated by ContextLogic Inc. ("ContextLogic"). Kathleen Burns, president of Invisible,
has personal knowledge from past investigations that "WISH" is the named PayPal recipient for individual
transactions conducted with Defendants operating via Wish.com. As such, the payee for orders placed from
sellers operating on Wish.com identifies "PayPal * Wish." *See id.*

granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1). *Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameda Cnty,* 415 U.S. 423, 439 (1974).

## III.   <u>ANALYSIS</u>

The declarations Plaintiffs submitted in support of their Application for Temporary Restraining Order support the following conclusions of law:

A.   Plaintiffs have a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sales, offer for sale, and/or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks, and that the products Defendants are selling and promoting for sale are copies of Plaintiffs' products that bear and/or use copies of Plaintiffs' Marks;

B.   Because of the infringement of Plaintiffs' Marks, Plaintiffs are likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiffs' Complaint, Application for Temporary

Restraining Order, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiffs and to consumers before Defendants can be heard in opposition unless Plaintiffs' request for *ex parte* relief is granted:

1. Defendants own or control Internet based e-commerce stores operating under their Seller IDs which advertise, promote, offer for sale, and sell products bearing and/or using counterfeit and infringing trademarks in violation of Plaintiffs' rights;

2. There is good cause to believe that more counterfeit and infringing products bearing Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiffs may suffer loss of sales for their genuine products; and

3. There is good cause to believe that if Plaintiffs proceed on notice to the Defendants of this Application for Temporary Restraining Order, Defendants can easily and quickly change the ownership or modify e-commerce store and private messaging account data and content, change payment accounts, redirect consumer traffic to other seller identification names and private message accounts, and transfer assets and ownership of the Seller IDs, thereby thwarting Plaintiffs' ability to obtain meaningful relief.

C. The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiffs, their respective reputations, and their goodwill as manufacturers and distributors of quality products, if such relief is not issued.

D. The public interest favors issuance of the temporary restraining order to protect Plaintiffs' trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as Plaintiffs' genuine goods.

E.      Under 15 U.S.C. § 1117(a), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing and/or using counterfeits and infringements of Plaintiffs' Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 558 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962)) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'").

F.      Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.,* 51 F.3d at 987 (citing *F.T.C. v. U.S. Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)); and

G.      In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiffs have good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV.    <u>CONCLUSION</u>

Accordingly, after due consideration, it is **ORDERED AND ADJUDGED** that Plaintiffs' Application for Temporary Restraining Order, **ECF No. [8]** is **GRANTED** as follows:

(1)      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are temporarily restrained as follows:

> a.   From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiffs; and

      b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

(2)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiffs' Marks or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs;

(3)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiffs' Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the Seller IDs;

(4)    Each Defendant shall not transfer ownership of the Internet based e-commerce stores operating under their Seller IDs during the pendency of this action, or until further order of the Court;

(5)     Each Defendant shall preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order;

(6)     Upon receipt of notice of this Order, the Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon Payments, Inc. ("Amazon), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, eBay Commerce, Inc. ("eBay"), ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), and their related companies and affiliates shall (i) immediately identify and restrain all funds in all financial accounts and/or sub-accounts associated with the Internet based e-commerce stores operating under the Seller IDs, store numbers, merchant identification numbers, and/or infringing product numbers identified on Schedule "A" hereto, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court.

(7)     Upon receipt of notice of this Order, the Defendants and all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, Amazon, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, eBay, ContextLogic, and their related companies and affiliates, shall further, within five business days  of  receiving this Order, provide Plaintiffs' counsel with all data that details (i) an accounting of the total

funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, Amazon, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, eBay, ContextLogic, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court;

(8)     This Order shall remain in effect until the ruling on Plaintiffs' Motion for Preliminary Injunction, or until such further dates as set by the Court or stipulated to by the parties;

(9)     This Order shall apply to the Seller IDs, associated e-commerce stores, and any other seller identification names, e-commerce stores, domain names, or financial accounts which are being used by Defendants for the purpose of counterfeiting Plaintiffs' Marks at issue in this action and/or unfairly competing with the Plaintiffs;

(10)    Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

(11)    As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store dismissed from this action, or as to which Plaintiffs have withdrawn their request for a temporary restraining order;

(12)     Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiffs shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(13)     A **hearing** is set before this Court via **Zoom video conference** on **June 21, 2022 at 10:30 a.m.**, at which time the Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiffs' requested preliminary injunction. The link to join is https://www.zoomgov.com/j/1602286149?pwd=bUJKZjByUHI5RTRWSlUrTlpjcGlzZz09. Alternatively, the **Meeting ID is 160 228 6149,** and the **Passcode is 638395.**

(14)     After Plaintiffs' counsel has received confirmation from the financial institutions regarding the funds restrained as directed herein, Plaintiffs shall serve a copy of the Complaint, the Application for Temporary Restraining Order and this Order on each Defendant by e-mail via their corresponding e-mail address and/or online contact form or other means of electronic contact provided on the Internet based e-commerce stores operating under the respective Seller ID, or by providing a copy of this Order by e-mail to the marketplace platforms for each of the Seller IDs so that they, in turn, notify each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiffs shall post a copy of the Complaint, the Application for Temporary Restraining Order, this Order, and all other documents filed in this action on the website located at http://servingnotice.com/RaJ3tU/index.html[8] and shall

---

[8] In this Circuit, Rule 65 has been interpreted to require that a party have notice of the motion and hearing; perfecting service on a defendant is not a prerequisite to the entry of a preliminary injunction order. *See Corrigan Dispatch Co. v. Casa Guzman, S.A.*, 569 F.2d 300, 302 (5th Cir. 1978); *Diamond Crystal Brands, Inc. v. Wallace*, 531 F. Supp. 2d 1366, 1370-71 (N.D. Ga. 2008).

provide the address to the website to Defendants via e-mail/online contact form, and such notice

so given shall be deemed good and sufficient service thereof. Plaintiffs shall continue to provide

notice of these proceedings and copies of the documents on file in this matter to the Defendants

by regularly updating the website located at http://servingnotice.com/RaJ3tU/index.html, or by

other means reasonably calculated to give notice which is permitted by the Court;

(15)     Additionally, for the purpose of providing additional notice of this proceeding, and

all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators

of the Internet marketplace websites and/or financial institutions, payment processors, banks,

escrow services, money transmitters, and marketplace platforms, including but not limited to

Amazon, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel

FinTech Inc, eBay, ContextLogic, and their related companies and affiliates shall, at Plaintiffs'

request, provide Plaintiffs' counsel with any e-mail address known to be associated with the

Defendants' respective Seller ID;

(16)     **Any response or opposition** to Plaintiffs' Motion for Preliminary Injunction must

be filed and served on Plaintiffs' counsel forty-eight (48) hours prior to the hearing set for on **June**

**21, 2022 at 10:30 a.m.**, and filed with the Court, along with Proof of Service. Plaintiffs shall file

any **Reply Memorandum** twenty-four (24) hours prior to the hearing set for on **June 21, 2022 at**

**10:30 a.m.** The above dates may be revised upon stipulation by all parties and approval of this

Court. **Defendants are on notice that failure to appear at the hearing may result in the**

**imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), The All**

**Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent**

**authority.**

The Clerk of Court is directed to **UNSEAL** all docket entries in this case.

Case No. 22-cv-61064-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 8, 2022

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Case No. 22-cv-61064-BLOOM/Valle

## SCHEDULE A:
## DEFENDANTS BY NUMBER, SELLER ID, AND
## FINANCIAL ACCOUNT INFORMATION

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number / Transaction ID | ASIN[9] / Infringing Product Number |
|---|---|---|---|
| 1 | ANAVLIS STORE | A1EQADDT4KS8JC | B09NV14TRZ B09NTZCDZK |
| 2 | AnChus | A1OR0ILZLKATCH | B09FDXHKJF |
| 3 | ChangshunlongUS | ABIO57H8ABGF1 | B09Q8P16V7 |
| 4 | Charm Jewelry Store | A3QDG0YLEQLRH9 | B09RZHHSHP B09RZWQCD9 |
| 5 | chenenaiai | A3OCF8JBMTIH37 | B09H63FXH8 B09H64LFC6 |
| 6 | chenglinduoladulinduola | A272XO92VVBXBF | B09WXWJMQN |
| 7 | Chengdu huashijiasi e-commerce Co., Ltd a/k/a 成都华仕佳丝电子商务有限公司 | AAK5JDLCEGQ25 | B09WY422H9 B09WXRDLWH |
| 8 | HAIKOUSHIXUOMAOYIYOUX IANZERENGONGSI a/k/a 海口市许董贸易有限责任公司 | A1RCOYNJ5N84SZ | B09L7XS2SF B09L7XQJNV B09L7YCKRT |
| 9 | New Jersey NSW star jewelry firm a/k/a 合肥栽培商贸有限公司 | A1ZGYR6Z3ATRJX | B09K43XCQ5 B09KPKZZC4 |
| 10 | QINMANN | AHDUE5DQCYAEN | B09Q8RKKHH B09Q8P9RZB B09Q8P16V7 |
| 11 | Tifferi-Jewelry-US | A2M1COIHZP1WC0 | B09P4RY6ZW |

---

[9] The Amazon Standard Identification Numbers ("ASINs") for the branded products were obtained from the Product Information / Description segments or the URLs of the infringing branded items, all of which are identified on Schedule "A" to the Declaration of Kathleen Burns, ECF No. [8-3], and included in Composite Exhibit "1" thereto, ECF No. [8-4] through ECF No. [8-7]. The ASIN is a unique 10-digit alphanumeric identifier Amazon assigns to each product. Sellers can create a variational relationship between products in regards to name, size/count, color, style, scent, etc. When doing so, the ASIN identified in the Product Information/Description segments represents the core product and a different ASIN may be assigned based on variations thereof, as identified in the URLs.

| | | | |
|---|---|---|---|
| 12 | Top-Jewelry Shop | AL1BXE0SCZQZF | B09RWS7D9Q<br>B09RZHHSHP<br>B09RZWQCD9 |
| 13 | US AYKONG E-Commerce Co., Ltd. | A860D5F4CMA8O | B09L8599RX<br>B09L84GT3Y |
| 14 | wangxiaoguo<br>a/k/a<br>8-15 Day ✈ | AZXLJ335CATM7 | B09JKCHM6M<br>B09JK5FC91<br>B09JJS8FM8 |
| 15 | YOUWENDU-Yoga Bra<br>a/k/a<br>YOUWENDU | ADMKHSUHI2ZGJ | B09SG9ZBNC<br>B09SG8G8SF<br>B09SG9DGNL |
| 16 | aalx | 21742016 | 756435318 |
| 17 | afya | 21741990 | 750907570 |
| 18 | ailemei502 | 21675871 | 731554409 |
| 19 | booklist<br>a/k/a<br>dyson2021 | 20102264 | 747540118 |
| 20 | buybrand | 21535054 | 757422696 |
| 21 | buygoodgift1 | 21755568 | 753812982 |
| 22 | buyopizhdh | 21726111 | 751649752 |
| 23 | caiyunhengtong_7 | 20950714 | 753481980 |
| 24 | clelo | 19975942 | 537133948 |
| 25 | cronystore | 21747333 | 745314382 |
| 26 | dafu06 | 21709897 | 735412838 |
| 27 | dcfdh6619 | 21743558 | 755032234 |
| 28 | dhgateroa | 21741274 | 741757505 |
| 29 | dhgatesbagsun | 21610089 | 754011650 |
| 30 | dhgateuyo | 21748625 | 749170270 |
| 31 | dhrdefeubuy | 21725741 | 751781861 |
| 32 | eva_jewelry | 21687875 | 703001543 |
| 33 | fashion507<br>a/k/a<br>Jewelry Factory | 21739275 | 739062360 |
| 34 | fashionaccessories21 | 21691185 | 725795909 |
| 35 | fashions_designers | 21721338 | 728730738 |
| 36 | fengyan82 | 21657176 | 698558582 |
| 37 | fidget_spinners | 20683661 | 750756128 |
| 38 | firsttimep | 21715447 | 733562112 |
| 39 | godisomnipotent | 21772033 | 755559382 |
| 40 | happyfamily2020 | 21429273 | 674324330 |

| | | | |
|---|---|---|---|
| 41 | hi_luxuryleathershop a/k/a Luxury Leather goods | 21655698 | 713488425 |
| 42 | hotwatch818 | 21586733 | 597774083 |
| 43 | hyt850725 | 21764267 | 754047467 |
| 44 | ifamily899 | 21474796 | 743450730 |
| 45 | iridescentshul | 21742820 | 749574754 |
| 46 | jerseyproshop | 21062680 | 739876210 |
| 47 | jewelry2030 | 21761723 | 752320994 |
| 48 | jingua55 | 21667897 | 753472383 |
| 49 | kingrise2022 | 21753947 | 755712328 |
| 50 | kings_2021 | 21748289 | 753645128 |
| 51 | kjlsdasasqws222 | 21198576 | 750363019 |
| 52 | Linduo889 | 21750234 | 746738161 |
| 53 | love12369 | 21752806 | 748054567 |
| 54 | loveu_jewelry | 21406208 | 697242226 |
| 55 | lrz97kj | 14411455 | 725964446 |
| 56 | lukastieljewelry | 21714386 | 726852827 |
| 57 | no16shoplee a/k/a designer bags shoes | 21158596 | 754238945 |
| 58 | nobbymarket | 21743576 | 745797177 |
| 59 | park888 a/k/a brand wallets | 14394816 | 752054521 |
| 60 | Parklondon | 14770298 | 753279398 |
| 61 | pb006 | 21755618 | 752980395 |
| 62 | peacegod | 21727283 | 734693541 |
| 63 | peanut_diary | 21730563 | 736718197 |
| 64 | phoenix_2021 a/k/a Luxurys Designers Bags & Sunglasses | 21621802 | 753414667 |
| 65 | phscarf | 21595910 | 720415753 |
| 66 | popular_brand | 21572398 | 711919037 |
| 67 | Qiuti18 | 21733558 | 739558463 |
| 68 | red_pomelo | 21730560 | 736717548 |
| 69 | serendipity_1 | 21742816 | 749565257 |
| 70 | sexy_cute | 21772845 | 755531183 |
| 71 | shenzhen18 | 20434328 | 754515251 |

Case No. 22-cv-61064-BLOOM/Valle

| 72 | ssd0002 | 21743736 | 753534704 |
|----|---------|----------|-----------|
| 73 | stronghold3 | 21730569 | 736717944 |
| 74 | sunglasses_watch99 a/k/a Luxury Jewelry Sunglasses | 21715683 | 755679394 |
| 75 | sunglassesshopsz | 20908464 | 732432933 |
| 76 | the_mountain | 21723576 | 733236320 |
| 77 | tokb | 21747848 | 752320510 |
| 78 | unfamiliar51 | 21736460 | 742452737 |
| 79 | vcx_bacchanalian | 21742833 | 748707588 |
| 80 | vogue_realm | 21566480 | 688415966 |
| 81 | w1618 | 21755601 | 749295445 |
| 82 | xuliang03 | 21755977 | 749357971 |
| 83 | yangyang63450 | 19710859 | 737315587 |
| 84 | yunpintrade | 21589554 | 753587135 |
| 85 | yuxuanhengbrother | 21638517 | 747340859 |
| 86 | zezhi_luxury_jewelry | 21722644 | 731482382 |
| 87 | 2sky_store | eBay Transaction ID: 5U7549412B562015K | 194417629121 |
| 88 | Acusticshapi | 5fda60de379e784b10d620b3 | 615d39cc9cdea2c40400fd29 |
| 89 | adongmak | 617526b312bb1f50f8835975 | 6188ec099de76ee35755b516 |
| 90 | AJIESA24 | 613b2d17711b10520b1fb564 | 616d6c6b154c1cf61268a46d |
| 91 | akunbishabi | 613c64b065f95902d871b51c | 615adb520178462b6cb8a65b |
| 92 | Alpbarin | 5fdb5b5485eca0df9c1a20c0 | 6167bfd973b3c5f33f4e5f1f |
| 93 | Animal Supply SAT | 60dbd34fccbff62f331523d5 | 612c7efdc0cacd41a03c8a11 |
| 94 | appleal | 614c9d1cd84df16a437ca019 | 616586df5bb8eb191451112d |
| 95 | Arte estetico | 609ae68c18c37116995b1c15 | 61a9b7f2268a6e845a392ea9 |
| 96 | BarCash | 60f861d5845351e26a101078 | 61655989dc43fa060e0f30d7 |
| 97 | Barinas | 608a36fe2e6ebd3241c8d53f | 616829ab9e8d423908b3ba83 |
| 98 | Beauty Valen | 612ed4b5605e4eb12cf18b02 | 614edcdf9c58516294c5c600 |
| 99 | BeBestChoice | 6109f61d7283095189b97d2d | 61540c2b1fbde3f10f2277cf |
| 100 | Bemières | 6149d5082302378f204ee08a | 615018979198dc1e4f6ce163 |
| 101 | BettieJudson | 5e93da4d29e78658c08842c6 | 611bc4cbaf6a586c817ceeb4 |
| 102 | bianzhiliang2004 | 60e1150a32f31a06d7cc0d68 | 61692626ecb0789756cfeca0 |
| 103 | Bookre | 60fdfa87410c05d1a9e258bc | 617fedc7c14807e665cf3c26 |
| 104 | Brandee16 | 61363aca94597c9e636aa975 | 61597ee9552174764b00915d |
| 105 | breadmilk | 60888ab2dc56081b3c4f339b | 618b5d3293e3f02f2b82e930 |
| 106 | Bright Young Man | 612b770f18e9e2d5f6bd4850 | 614ed41017be7ca88594d44a |
| 107 | buyan54264 | 6103b1edfbca3c0e79468ecd | 618372b74fdc603089789476 |
| 108 | bylvestermccoy | 614339b1d80aae6c7dfcf8bf | 61b55526c4e32c4e0db82e95 |

| 109 | caimingyuan668 | 60e55208de07e40064ee1f5f | 61d6f3e975a0e5c59828fd5b |
| 110 | caizhiping2134 | 61403d34946082df2dd54bc0 | 61728219c7f83bfea8c62f60 |
| 111 | cakdal2021 | 61396ea4dc528ca8faf3a855 | 61764c91aa9990eebde0ba0b |
| 112 | caochunwei0684 | 61a716870da3c584dff938d3 | 61b71dd281d52ff9e4c1be3e |
| 113 | Caramba | 60fee7a4ab831d9451cf2f48 | 61d69ee3ceb5fe1aa0655652 |
| 114 | cauchosparamotosalb | 5fe4c7836d10630ab23ea07e | 617103d0a74e3dc75d568a1e |
| 115 | celesyersyed | 6148668f0d4368e643da2e40 | 6169411dffa3cd6d0d2fd720 |
| 116 | Chabamtal | 613e1ce472b476bca5e6f683 | 616ff28a5b34f0129d892d49 |
| 117 | CharlesGallimore | 5e93e2e02522bc2dc0cbc8e5 | 615db874fd8afd97f096b72d |
| 118 | chengqiaoshengsheng3069 | 61d6aba3339e051c7220823e | 61e7a84c45d89d603c78d7b9 |
| 119 | chenlingling8842 | 61124e4d9c653393c0eab04d | 61baedbe5b5b785b7f744d6d |
| 120 | chenwenbin4517 | 616259c509e12269be388bc1 | 616a855829b8c71f4e8bb6a4 |
| 121 | Chicarricos | 617136796f603dcf3f4f211d | 620f4aec5a022a638e64e5b3 |
| 122 | Chicki boom | 612e4435ed68a5445e4d1716 | 614edea2526351e19706f45f |
| 123 | Chiguirre | 612e251549311731577311df | 614edea831314d8833b26276 |
| 124 | ChundikejAu | 5e857d558fb681005095c2c6 | 615db35823cb7c9ae69821ed |
| 125 | Cindyteeth | 612e9a7e6f8202ad6669abb8 | 614edec4630c2bed1e7ecd27 |
| 126 | Cliffmore | 6149d6f0e4cd18db2ba26162 | 6150189795b34ae9e807a80c |
| 127 | Cocorico | 610467f29c7f8ed120c60b9d | 6141f5062207a6cdab32ef6f |
| 128 | cuitao6937 | 60d19a169061807bc0f47e66 | 618dcfcbcbbe3ce7d26c6e4f |
| 129 | DallCan | 60fdb1f3ab831d5203cf61f6 | 617ff5f551cfeef7e869c7f3 |
| 130 | Deprediduo | 60bee43ca04ad60a804c71eb | 612b3ec7bf9a59fb9f729b44 |
| 131 | Dereep | 6018a20336019707feb8b26f | 60efb639eb128e4fef049e9d |
| 132 | DKLDUID18 | 6138ae054ef8ff99265a53f6 | 61715c3e33014d39d8367534 |
| 133 | Docarnol | 60875619004be2fae1540956 | 61683f9cf7a3e582f100533b |
| 134 | Donasmcdonnell | 60fafaa0b181bce3540e2ab4 | 61612701af57f3570cb20865 |
| 135 | dongbenliang34745 | 60b3273acafa4df753a7dfad | 61401915aef904b9b0694a1b |
| 136 | DonnaWillhite | 5e93e578646cd426b4988e4c | 61161d7c27c1bb1a917d763c |
| 137 | dsdffweert-B2 | 613b4d950ea8ec94de6ba632 | 616eaf8834865a59868a7e68 |
| 138 | Dulces Diabólicos | 60e37632708c3e482f0db3ca | 616c5168cb863efd22d316ac |
| 139 | duzhihui39065 | 60a0dc0f49ed2e47e50a2f13 | 614ec341bad8bf65a58ceffe |
| 140 | EslovaquioFast | 60fbe32a3e3d4cac5a1bada | 617ba85d24504e70ce50c236 |
| 141 | ETAPE DU GAGNANT | 60fd70753e3dd487afa1bac0 | 61ab7385c0f6ce760c3d88ee |
| 142 | ExquisiteWatches | 6103d30cd549b33b67bcd803 | 617a4f3859e4a980e5c2b544 |
| 143 | Farmaqui ca | 60942928c54477fa41277445 | 61c2f0e7160e370d9df7bc87 |
| 144 | Fiestaszzz | 61489268b916c1a1df0bb2ea | 61a62e5c8d7a3235f710f220 |
| 145 | Florence Made Market | 60fce46afca983b50ec3b774 | 614d9a9473d142909b0275a3 |
| 146 | Floristería The Gemas Store | 6149deb55f876008c44f5f8a | 617a0ff5e622726b0e027bf8 |
| 147 | fuchanglan86373 | 612847d17b10dff81cda8cc5 | 615d2a8af9cec96c1ab56fb1 |
| 148 | Galloexpessxd | 608dc029ec3d209a18fe9c35 | 6163bdc646ea6caf61c9c785 |

| 149 | gengliying2134 | 61ac5a6359587b2c5f4d3389 | 621cd4d06f67314e9c26b83e |
| 150 | Giv | 60edaaa4de8094c50080884f | 617a474c65d09a1353ca08c4 |
| 151 | Gladtero08 | 60a18a227dcbb150e23da584 | 61629fc8ec1c91971c3e0c29 |
| 152 | Gladys J Broadhead | 5e93bf4a7fbade069fbd946c | 615db1b94fb64235b83608bf |
| 153 | Glent Playstore | 60de4b8fc171c800545a5782 | 615db8cb2cd6efb67ebe1228 |
| 154 | HandsFashion | 6104b117b04aa5fa9bca4e4c | 6180a8b18f2ad6771d5248b6 |
| 155 | heyudong | 614c27ed4946f0008ac753bf | 6181228a3ab935195471fa84 |
| 156 | housedionny | 60883960ee1f3fd43d949cc6 | 618618181d57d1769d4bb906 |
| 157 | houshengsong2134 | 616410d0497b8d57dfec2519 | 617fb6d276ad8ae9438a2ec9 |
| 158 | Howster | 6149d5b601bfb1bc584ef2b8 | 6150189b9687f40869184166 |
| 159 | huaxzsa | 6046f56ef7e54b3272499faa | 60e545f61a98f3f264e0f45e |
| 160 | Huguiest Stoire | 6158c2d9786a94b4e044011f | 61e28abe08aac08f88a39d89 |
| 161 | humengting3080 | 619852802c379c348bfec223 | 60d2db70f98d82dec05c9b6 |
| 162 | huoxiaowi4301 | 60600cef3dcf1f7f7034bfef | 6173aa3be8a32dbefd5ff462 |
| 163 | Imagina y Crea tu Futuro | 613260ee3e4893edd06421f8 | 619ddfe82206e6455cef4e21 |
| 164 | Isaac House Sensation | 60fdd485ab831d3c7bcf2c59 | 6166a8fee4db78911609500a |
| 165 | Isabellapk | 60d92a97de7cce3cfba05220 | 6142b24bfd61c1b086437ae2 |
| 166 | J21Plus | 60faf1ef803a3c700958e877 | 6165592a3baeb04cbd09c515 |
| 167 | Jannie Limg-A19 | 61333305dee77f208aa74e33 | 616c6bd722697b1d254380c2 |
| 168 | jiangbo2959 | 61985ea3433f48a7a88b1188 | 619d2e7954e5797485a0198c |
| 169 | jiangwenhui668 | 60efd85de99c5f3df961e7f7 | 617fd9c63c42226ec1b1766f |
| 170 | jikelazhen4529 | 6162782209e12269be38975b | 616e653f9ce4b320f2766863 |
| 171 | Jjplusxx | 61466932653cb20a02120036 | 617fedafb491866e442b8425 |
| 172 | JoNatividad | 5e9512d7cb74c9196541539a | 61df90136ed6a6a236e1a1f8 |
| 173 | JoshuaWhiteman | 5e93e634bdebf425a5041e7d | 61161d9057a9662fdb273aea |
| 174 | Jr56 | 60fb54c2803a3cc4c059c920 | 6154128d9a8b7058bf786915 |
| 175 | JustForPerfume | 60d6a4205056fddb14a9470a | 61527588710e06072fceea7b |
| 176 | karigreysha81 | 6145192999e9e8aebefd0889 | 616cf235171bfcd42a411420 |
| 177 | Katie Kuhnhs-A22 | 613462d926f93e21b26e8a0a | 617e42c6e6f2468612b053c3 |
| 178 | KOKETAS LINDA | 60fae98d32ad427a2ae7e863 | 617a109177f0165a6afbbd07 |
| 179 | Kozami | 60e0e0bfd9e182b11b8f44bc | 62246654c0cafd262fc82197 |
| 180 | Ladies babies | 614a2ecb8a357f0be0208c66 | 61824baf4eeefcbfda1140a6 |
| 181 | layongqiang1234 | 60ecf58d8f0ad931971d09b2 | 616e3ed3ffe15296d309f9c1 |
| 182 | lejinyang0446 | 60a8b43b0c93bf7e598dac0a | 619255aa1145adaf8cc92d8e |
| 183 | LetUsBeFashion | 60dfd5ebcf8530bce9f63145 | 61162267b05ea90090cdb0dc |
| 184 | lianggangui3420 | 6197361451539e6dd6febb90 | 619d2abe73e50bbdb4b7b58f |
| 185 | liangmeidong0997 | 6125e6da3744e9754618e0ef | 616e84b0c641294c76d80b9e |
| 186 | lijingang2134 | 61974829a02cec214ef93afd | 61b0c4116cf9da8c217c36d8 |
| 187 | likun01824 | 611b37a7018b14eccc550226 | 61600626f5b518bce8b4f9cd |
| 188 | lindayedi68 | 609ad9b6dc77847401ee40a9 | 615b16cdb435120e5c2293f9 |

Case No. 22-cv-61064-BLOOM/Valle

| 189 | lindayedi69 | 609ad12551abb209ecebbefc | 615b143a6e721f8541c2213e |
| 190 | liqian08936 | 60b31f56d7ef4507b790f98a | 61401723086fa69ebf083389 |
| 191 | Liriroom | 614b3fba5c1bdc3cf9946062 | 617ff54db7f80eb1e5ccbea3 |
| 192 | liujintao5285 | 61cacb7d4eca878a1fefa8e0 | 620a4d78f34f90aafb89cfd1 |
| 193 | liuyun668 | 60d2acf72362fe0aabb35931 | 617fd7a73b47854e734d6725 |
| 194 | liyuanqi1234 | 60ed0cac4c0ec385e568c5c7 | 615e9996df4a16ea7b856de0 |
| 195 | Lulushoters | 612fa154fbd34c1bd4270ac6 | 614edcde6e3f563719985a4d |
| 196 | luminometer | 5fd59686c4fa1b5f5d6300e5 | 61a8ddd4ddfd7e64c32f6dcf |
| 197 | luohuan0861 | 61d26a55a673c772ed1eb44d | 621cdc4bbed7691d29761e8d |
| 198 | luoxuan0034 | 60e40325de9ec952ca5aef56 | 611f43341583b6234591c342 |
| 199 | Luz Rochaga-B1 | 61346b8889bd2057b6a7113c | 617cae1b5770f14265d4cbf9 |
| 200 | MakingGoodDeal | 614ee66e4e391b2e832bde6f | 61cd68e68b166374b802b47a |
| 201 | Margaret V Johnson | 5e84941e29e7865c79fb5f35 | 6166a31a34de8bb820334dec |
| 202 | MediaManzana | 614b8af6dde86bb376e3145d | 6161406162cbb29d9090be50 |
| 203 | Metro by | 608a296559ded698aacceda0 | 6191f17018922983fb655214 |
| 204 | Mileynay | 614926e3ed18fed988b02f36 | 6161406e9f41d2df9d8a7b3e |
| 205 | Monk Home Loans | 60dddc1032aeb1c825268e10 | 61b44c8c750b84865656a7d3 |
| 206 | mU0uv5HsJ | 5e94986c1a25abbfeeb767e7 | 615e5b930a6ea057b4f8d6e6 |
| 207 | Mundo Isler | 60ff57eefff1c8978b6214de | 6178f7e2c38f44e4ef68635d |
| 208 | nanssis | 616df950bba78f8faed6aeef | 61dd32222bd92aa00b2167f7 |
| 209 | Nbapas | 5fdb5452705060dab1a38384 | 6165204e2a2b641e27e0c9b7 |
| 210 | neimenggu Wu Yanzu3 | 618f3af1381e51e62a2a158b | 61ebabcaa16d0c512d69b19b |
| 211 | NiceItemsYouGot | 614c4e1c01b569d1caf8f2e7 | 61d69b6e0c073a1cd7deec45 |
| 212 | Nnola | 6089f0c559ded6641dccee72 | 6192074cde16741952981af4 |
| 213 | Opnipothenthe | 614a3378065b6486805c614d | 617a4b119623b06d28e52d77 |
| 214 | OursShoppingMall | 60ee4b0a7236c43299eff7b5 | 614af0ab3931c8354324d08d |
| 215 | Padahuel Frist | 60fb43d4878d7ceb34fd6944 | 61691afa1e63fd71cda569c4 |
| 216 | panhaifeng89693 | 61777eaa697fd1520cfdbbd1 | 6183c9462b4691586f5f6402 |
| 217 | Paradiseus | 60e3ce5e4a24f84dc28d579f | 615bf75780aeda1d2f26b75e |
| 218 | PatriciaCasillas | 5e93d38846be6a249edf2171 | 617eb9066e9315f8a88a559c |
| 219 | pengshiwen0249 | 60e40271680e2335b5a21c49 | 61d544ec795484c81eeb9c06 |
| 220 | perlgrass09 | 6138a2ca162f6bdf3318b6c6 | 6176635ed229fc3761a5e1e7 |
| 221 | Perroguatero | 6084e1a0933947db8c6b2b04 | 6176c87eed76dae2cfa8e0da |
| 222 | Pittthall15 | 60a1b004cb86da618f0aaaa4 | 615966d5369678b7c8a60fd2 |
| 223 | playdream | 60fe9ca22a11007482f70016 | 618a1b03570b12f45b143e97 |
| 224 | Pocillo | 60fc74e63e3dd4ab03a1c15a | 615575903f0077bde5ac88a3 |
| 225 | Poronpon | 6144ea395134407ecfc58059 | 617a4b7cdb76f4e6826914b8 |
| 226 | Potteri | 6088e26dec3d205143fea950 | 6189419cb4858685f11e84a9 |
| 227 | Practi-Plan Mapping | 6140dc7c2c89b40e7e177fef | 617a53516e3a188d04782261 |
| 228 | Protexh | 60e36733de9ec925955ababb | 61de8a0866e41ba6d341192c |

| 229 | Quingyo | 60e272fc6fea617fb9d19275 | 6176541d981cbc2439cba5d8 |
|-----|---------|--------------------------|--------------------------|
| 230 | rachel wooda-B3 | 61373fc56bfa624a28065366 | 617cf5c2ba23a3fc7c17e94f |
| 231 | Ranzed | 616c0f192fddace0ed4a5994 | 61c52da33e300d77c71a4a1b |
| 232 | Relampagos | 60fc3d16fca98360c1c42cb4 | 61655955cad362b47604cce6 |
| 233 | Relojios Service | 60899c6e8c4dd711e7be2650 | 61810ddd2b21db2f6d71c395 |
| 234 | RenjudebijTm | 5e8402772c5a1b7f3ba6c610 | 5f8e6021705d300909114d8f |
| 235 | Repoit NSC | 61711ebf6481d53aa53229b2 | 61c03d9e666a652e6235dadd |
| 236 | Ricky R Jones | 5e941c28a93eff7b404bde95 | 61c08e52677c40bfbdd01ebd |
| 237 | RightWrite | 611246cde0063a6019a61ff1 | 6152ccffe480fe07ccd9e92f |
| 238 | Roscard | 60fe8bdeab831de53acf2cc4 | 6166aaffd963b6beed90e950 |
| 239 | sadsafjk-B1 | 613b48c4f86d2650e61f8e94 | 616c11f6bc8e4fd330be32d1 |
| 240 | Sandy Upholstery | 60879bd21277af3e8cd35dbc | 618d06a07e58afb36dd44661 |
| 241 | sasjsj | 613a0cbc74fafe81c218b196 | 615c3bb8f81fd56c779407bb |
| 242 | SayHiToFashion | 6100c018e1fcdd006be001af | 6172235a27c6c86ef096d67e |
| 243 | sdjskdhjjY28 | 613b8a7f8f41e8ec3ac3c2a9 | 615b1d44c7523629d02d5764 |
| 244 | seucycnd23 | 613b2b12be1771fbe120d569 | 618a3aca02f40f69ac6f248f |
| 245 | Shanirea | 5ff7c8af52ec2a0a32197dcf | 615db86946cea07c645df6c8 |
| 246 | shiming7526 | 60cd77d4123fa3bb36af791c | 61c86a8f45f8d18af170a0a9 |
| 247 | Shoppblai | 5fdb72e5cb71e8e777d01b6a | 616d18afda325dd8b0289696 |
| 248 | SingingLife | 61519900126c85a6f639ff20 | 6206002a999c0a0a395ac39d |
| 249 | Sploree | 60fcad9d2c0193b3d8d4cdb6 | 61e9125d7f7c8c9e951a7fc4 |
| 250 | Squaret | 614cab05528c0b0a9e591159 | 6184ce7e2f51a717c501d345 |
| 251 | starsilver | 60fe9625410c057fcbe260fb | 61691af4644ef71c760c258c |
| 252 | Steak House | 60ddb946bd10841d0e4e1b35 | 616523c36ab0270a2ff3f0c9 |
| 253 | Style Zone5 | 613f0189a636a72c277c296d | 616d20f994aac7783f4b1f6b |
| 254 | sunweifeng055622 | 6195eecce19eb6c227c49edf | 619ee32c8a2c0e03dfe2b3a1 |
| 255 | syshakdshd17 | 6138aa3802eb7236ad5b2bb8 | 6187ced661e633f0f71842e9 |
| 256 | T shirt Work | 608a334cec3d208f99fe9c96 | 6191f1904bb679a5f5581a37 |
| 257 | Tainshiro | 60df2a4c4d1995c4393ea347 | 61652ef7cbb0c11ecaf1042f |
| 258 | tansiyu2393 | 618f50dee9ac7d5c4e7cf1b5 | 61b89f802a4c02b39c5a6bec |
| 259 | Tequeñoselgordo | 6149c9ad26aa6c617f252e90 | 61c5d94fff3e050751371e70 |
| 260 | thanhthuyduongc | 5e6d22d21e1985aa0023668c | 6127ac8a52a71c98feee18b1 |
| 261 | The red gatherd | 60f92e4a45cb11a32d1018dc | 61482d5ac6814b056aeba651 |
| 262 | the3Ais | 5f7c98f158dd65a96e1356db | 61387d25e97cb3b736cc0cf5 |
| 263 | TheArtOfWrite | 611cdf98348cbf793fcfc058 | 619c869dbb83b67b4eeef34b |
| 264 | Tienda Melyovo | 6140ce12ea7b714174d3ec62 | 616d3a99f199b695269f56f8 |
| 265 | Tienda Solex | 60fcdf9cce53a34e402f6b2c | 617ff6064eb9bbf3ea4c5573 |
| 266 | Tiny Tear | 60cc7bb5ec88a1d2b3d2ae14 | 612a32933a71ac78ffdabd86 |
| 267 | Tocmok | 60e3db76ffd96e8390c51065 | 617eb98195663123ceca282a |
| 268 | Todo para los caballeros | 613ebd1ba1a855928595b607 | 6166a6bc95d351de497981f8 |

| 269 | TodoTobu | 614d01b4aa375a1204584175 | 6166a25eaddd534b3a4379ba |
| 270 | Torresilla | 615e121790243d24ed1bf9de | 61f10d854a55b777fa3aaae1 |
| 271 | Total Look03 | 60707b63f1e1a9a1c112c39f | 62204cf4855eb559e224bc93 |
| 272 | ttugg | 61a5dd1e154519ade19fa171 | 6208ba0284bb5234a40da4aa |
| 273 | UIICSDS19 | 6139e18abeff91121118b228 | 6175421f76ef73f939c43bf9 |
| 274 | Usa2s | 614b81401d7594ad2aa3048f | 61becc5b09a5f01097ff59c9 |
| 275 | Vertexoftwards02 | 60945646c5447769cd273e2e | 616598c1ef2571af50401fdf |
| 276 | VILLETTA GIALLO | 60e34ca64a24f8304b8d57e6 | 61555e01e96efb6517adaff1 |
| 277 | Vivianahg | 60dd34353b090e5cc53f2f4a | 61640e26e89136c87a809d5d |
| 278 | wangguangquan2540 | 615d3b7a2cbffecfccd3451a | 616d33c0a5e0f4f5c291b103 |
| 279 | wangjingwen2134 | 61909810485209d5ef8043cd | 61b0ce6f8c142bf0a47d9139 |
| 280 | wangnan668 | 6099f45be3952e1cd30b88eb | 616445251b45a425f0e2ff33 |
| 281 | wangqiaoqiao6249 | 613eb614b8102eef8b383322 | 617bd67818e8d4a53050bee3 |
| 282 | wangrongjing01821 | 611b3e8ecb95cc2577582877 | 61600a2f53a0b1d461d18145 |
| 283 | wangshizhong51064 | 612849524b49c496be35ad77 | 614f3cbb4eb41664d1cd9b04 |
| 284 | wangtianyu9250 | 61400c6e79ce6d67c5d546e5 | 61725e5c68b81504288bf6cb |
| 285 | wangxianxiang1134 | 610b7fc0aaeb5a33e17fb832 | 6142e753af63f04514cce8f6 |
| 286 | wangzhuoxing668 | 61358f64fcfb8b211b77346c | 6192599a02b42e7c93eafda8 |
| 287 | watsubo | 5f75b5734fba00ffba66f5c8 | 61de93f32f3ceb6b171d1037 |
| 288 | weihongyan4383 | 61384c48e73341510e85b6ec | 618393e1165e8b5e40004e49 |
| 289 | weitao2134 | 61988bf2e5c5367ab210deef | 619d2fc6f52a42b0c521d65d |
| 290 | WrittingMadeFun | 612ee46862b3756b2eeeea06 | 6194a6da347f877c571733c4 |
| 291 | wubaoxing2134 | 61988caddade884ed3f93b75 | 621cc55536335ec8f16eb59d |
| 292 | wuxuee5843 | 6097541830cddf0e5ab6dac5 | 618bc66557fa818ffe906f08 |
| 293 | xiamingqiang6147 | 61357a034d2fb9a10ffa2705 | 6191d5f33c1ec9227adf6d6c |
| 294 | xieqiming668 | 6136c44b8af722a10ff950ca | 61d13d851c9c411a9d20a9a2 |
| 295 | xingjinyun02017 | 611b5a38b38f9200835aaea7 | 615d3149f8ca4b2ed35d483f |
| 296 | xudepeng6145 | 60a89f7e07b3302a837c6919 | 612b2adcb9faa369a310fae6 |
| 297 | yangjing2134 | 619499b30946d925367fb7eb | 61a25d28acf5690c9202545e |
| 298 | yangliujie6762 | 605af3888ecec82778644b52 | 617cebf81e92eb9f10cf136e |
| 299 | yangliyan76267 | 6163cd699d982c6ab047d784 | 61af2c73f9af0b2840073d00 |
| 300 | yangqingsong89694 | 61777853db9437dcdf07757e | 6181312a1a1e20addb4f9d1e |
| 301 | yangwenyue0133 | 60f8fb7b9b4bbce7843a8a51 | 61b44abb6602cce26192dfd0 |
| 302 | yangxiangxiang1234 | 60b996de5c7f0b154932e5ec | 61b88222a852fda93eb1b544 |
| 303 | yangyueling3586 | 617bc337d95c2e9021e680cb | 619389b5ed33936294896d4e |
| 304 | yaowanghua6481 | 6112359ce0063a061fa62335 | 6194a676b0d9bfcc03ae684b |
| 305 | yedong8715 | 613f05011de7422281f8ba23 | 6168271812773211366dd493 |
| 306 | yibaoaihe | 6149f4eaf119cf60f3f04a44 | 616d7033afb0b140cf4cd5d3 |
| 307 | yiqingdian3219 | 61124887ea2da74f40ac9592 | 616bc99998a6fcfcf8be807b |
| 308 | Yuonga | 60e0f69b502e161eadca9078 | 614191ec42e5341fcd05a5d4 |

| 309 | Zalaquill Estargon | 619c5be44b2ccc35146a7b79 | 6219d4aaa1a6d849b1fa54fe |
| 310 | Zelfie | 61308231116d6906bb877490 | 614d9f0b27f6380f2f2ebcc0 |
| 311 | zhanggongyun1494 | 6125b0e8b3137e5370237401 | 6166807fdeb8deeaa129c7e9 |
| 312 | zhangjianan4325 | 60cd6425123fa39154af78b5 | 618624387b14109d12350c90 |
| 313 | zhangxia052369 | 619ef8ac04d6e4f56ceabc34 | 61e532fe0e1d2abc18f18ee1 |
| 314 | zhangxianwei53 | 605af5a6309fb410aa52bedc | 619b4c8c6f464cb8b34680d0 |
| 315 | zhangyang6190 | 61121cd92b96620be55eb59e | 62246316012089deb4459e79 |
| 316 | zhangyuanxia6269 | 61284bd55f9c6506c66c235a | 6173b1bad4ce56929d8cb206 |
| 317 | zhangzhenzhen3671 | 6151434da6f893b78f5834d5 | 616e76a283308252b388be40 |
| 318 | zhaocaidong1278 | 6090cbb113177b0044e0c009 | 61dbdad5c8d920395f8a10ee |
| 319 | zhaochenliang4886 | 60f8dd6a5293a60509e65729 | 6194b3e7b978d457bfa6a621 |
| 320 | zhaoxiaodong1234 | 60efa7e2d2167b056a9e0a02 | 616fe8649b8583a9b09621fb |
| 321 | ZhilunshiuVd | 5e86eadf6fe69af060aa76c0 | 61b758a76fa568f134052f4c |
| 322 | zhnagbinling76297 | 616533cd0c752afbb1912793 | 61af2fc0eaba02a2cf73b232 |
| 323 | zhoushilu1209 | 611f2d5bd2d00f528c416c17 | 61825c0d67d55f45f0217b25 |
| 324 | zhubingpeng2134 | 61ac6061a1581f3dd84d3075 | 61ae46ad87697c828da1901f |
| 325 | zhuyiwen39378 | 61790897de4fb98fe208077f | 6183d8c25e725bf525f5e2dd |
| 326 | zouhongliang3342 | 613accf9e20981422a096eab | 6198635d7d36cb961ab4a1fe |